1  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorneys for Plaintiff,
   Jose Acosta

6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>J AUTOGLASS, LLC, et al.,<br><br>    Defendants. | No. 1:19-cv-00306-DAD-BAM<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Current MSC Date:  June 5, 2019<br>Time:  8:30 a.m.<br>Courtroom:  8<br><br>Magistrate Judge Barbara A. McAuliffe |

      Plaintiff Jose Acosta ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for June 5, 2019 at 8:30 a.m. for the reasons set forth below.

      1.    Defendants in this action, acting in pro per, filed a request for extension and/or stay (ECF Doc. 8), and the Court granted them an extension until May 31, 2019 to file a responsive pleading (ECF Doc. 10).

      2.    Because Defendants have not yet appeared in the action, Plaintiff has been unable to meet and confer with Defendants or prepare the joint scheduling report, which is presently due on May 29, 2019, prior to the date Defendants' responsive pleading is due.

//

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for June 5, 2019 be continued to a date after July 5, 2019 at the Court's convenience.

Dated: May 15, 2019                     MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

## **ORDER**

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for June 5, 2018 be continued to **July 10, 2019, at 10:00 AM** before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated:  **May 16, 2019**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE